

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00249-CV

In re Sandra Ramirez, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

Relator, Sandra Ramirez, has filed a petition for writ of mandamus, requesting that we order the Respondent, the Honorable Ben L. Ivey III, to vacate the trial court's October 9, 2025 order granting the real party in interest's motion to transfer venue of the underlying proceeding from El Paso County to Kaufman County. We deny the petition.

Under the rules of appellate procedure, the person filing a mandamus petition "must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." Tex. R. App. P. 52.3(j). In addition, a relator must attach "a certified or sworn copy of any order complained of, or any other document showing the matter complained of," and "a certified or sworn copy of every document that is material to the relator's claim for relief." Tex. R. App. P. 52.3(k)(1)(B), 52.7(a)(1);

*see Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) ("As the parties seeking relief, the Walkers had the burden of providing this Court with a sufficient record to establish their right to mandamus relief.").

Here, Relator's petition lacks the certification required by Rule 52.3(j). Moreover, the mandamus record does not contain certified or sworn copies of the required documents. We therefore conclude, based on the petition and mandamus record before us, that Relator is not entitled to relief. *See In re XPO Logistics Freight, Inc.*, No. 08-25-00184-CV, 2025 WL 2005016, at *1 (Tex. App.—El Paso July 17, 2025, orig. proceeding) (mem. op.); *In re Hernandez*, No. 08-23-00160-CV, 2023 WL 4146281, at *1 (Tex. App.—El Paso June 23, 2023, orig. proceeding) (mem. op.); *In re Padilla*, No. 05-6-01383-CV, 2016 WL 7163976, at *1 (Tex. App.—Dallas Dec. 5, 2016, orig. proceeding) (mem. op.); *In re Vasquez*, No. 08-12-00267-CV, 2012 WL 4714492, at *1 (Tex. App.—El Paso Oct. 3, 2012, orig. proceeding) (mem. op.).

Accordingly, we DENY the petition. We dismiss the emergency motion as moot.


MARIA SALAS MENDOZA, Chief Justice


October 20, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.


2